UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0112 (ESH) |
| ) | |
| OSRAM GMBH and OSRAM OPTO ) | |
| SEMICONDUCTORS GMBH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of defendants' Motion to Dismiss [#7] and the opposition thereto, it is this 14th day of July, 2005, hereby

**ORDERED** that the motion is **GRANTED**, and the above-captioned case is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

                                         s/
                             ELLEN SEGAL HUVELLE
                             United States District Judge