✎ AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>05cv112 | DATE FILED<br>1/18/2005 | U.S. DISTRICT COURT for the District of Columbia |
|---|---|---|
| **PLAINTIFF**<br>CITIZEN ELECTRONICS COMPANY, LTD.<br>1-23-1 Kamikurechi, Fujiyoshida-shit,<br>Yamanashi-ken 403-0001, Japan | | **DEFENDANT**<br>OSRAM GMBH<br>Hellabrunner Strasse 1, 81543 Munich Germany<br>OSRAM OPTO SEMICONDUCTORS GMBH<br>Wernerwerkstrasse 2, 93049 Regensburg Gernmany |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,066,861 | 5/23/2000 | SIEMENS AKTIENGESELLSCHAFT |
| 2 | 6,245,259 | 6/12/2001 | OSRAM OPTO SEMICONDUCTORS GMBH |
| 3 | 6,277,301 | 8/21/2001 | OSRAM OPTO SEMICONDUCTORS GMBH |
| 4 | 6,576,930 | 6/10/2003 | OSRAM OPTO SEMICONDUCTORS GMBH |
| 5 | 6,592,780 | 7/15/2003 | OSRAM OPTO SEMICONDUCTORS GMBH |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,613,247 | 9/2/2003 | OSRAM OPTO SEMICONDUCTORS GMBH |
| 2 | 6,812,500 | 11/2/2004 | OSRAM OPTO SEMICONDUCTORS GMBH |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 07/14/2005  ORDER granting 7 Motion to Dismiss without prejudice for Lack of Jurisdiction . Signed by Judge Ellen S. Huvelle on 7/14/05. (BL) (Entered: 07/14/2005) |

| CLERK<br>Greg Hughes, Interim Clerk | (BY) DEPUTY CLERK<br>/s/ Nicole Wilkens | DATE<br>12/10/2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy